ALSD Local 91 (Rev. 7/13)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

United States of America
v.
SHEIKH ULD SIDI

Case No.  MJ 16-0031-C
16-MC-1006

Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of April 14, 2016 in the county of MOBILE in the SOUTHERN District of ALABAMA, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 31 U.S.C. 5332(a)(1) | BULK CASH SMUGGLING |
| 18 U.S.C. 371 | CONSPIRACY TO COMMIT OFFENSE OF DEFRAUD THE UNITED STATES |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
Complainant's signature

SA MATTHEW CHAKWIN
Printed name and title

Sworn to before me and attestation acknowledged pursuant to FRCP 4.1(b)(2).

Date: 04/15/2016

U.S. Magistrate Judge William Cassady
Digitally signed by U.S. Magistrate Judge William Cassady
DN: cn=U.S. Magistrate Judge William Cassady, o=Federal Judiciary, ou=U.S. Government, email=efile_cassady@alsd.uscourts.gov, c=US
Date: 2016.04.15 11:20:11 -06'00'

Judge's signature

City and state: MOBILE, ALABAMA

WILLIAM E. CASSADY
Printed name and title

I, Matthew Chakwin, being duly sworn, states:

## I.

### INTRODUCTION AND EXPERTISE

1. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 of the United States Code, who is empowered by law to conduct investigations of, and to make arrests for, the offenses enumerated in Section 2516 of Title 18 of the United States Code.

2. I am a Special Agent and currently employed by Homeland Security Investigations ("HSI") and have been a federal law enforcement officer since April 2009. My formal education includes a Bachelor of Science Degree in Criminal Justice Studies from Georgia State University. From April 2009 until September 2009, I attended the Federal Law Enforcement Training Center ("FLETC"). During the course of my formalized training at FLETC, I learned the fundamentals of how to conduct criminal investigations.

3. I am currently assigned to the Resident Agent in Charge Office of Mobile, Alabama, and am charged with investigations relating to organizations that utilize aircraft, boats, cars and other means to smuggle or traffic weapons, drugs, currency, contraband or that use these means to provide logistical support for their illicit operations. I am also involved with investigations related to drug trafficking through and around sea ports of entry. During this time, I have participated in the investigation of various drug trafficking organizations ("DTOs") involved in the acquisition, importation, transportation and distribution of controlled substances into and through the Southern District of Alabama. As the nature of my ongoing work at HSI requires that I keep abreast of recent trends and developments involved in the investigation of DTO's, I also speak with agents from the Drug Enforcement Administration ("DEA"), United States Border Patrol ("USBP"), Customs and Border Protection ("CBP") and various other local law enforcement officers operating within the Southern District of Alabama.

4. As a law enforcement officer since 2009, I have been involved in numerous controlled substance related investigations involving various illegal substances, including heroin, cocaine, methamphetamine and marijuana.

5. By virtue of my employment as a Special Agent with HSI, I have performed or been trained in various tasks, which include, but are not limited to (a) providing surveillance, by observing and recording movements of persons trafficking in controlled substances and those suspected of trafficking in controlled substances; (b) tracing currency and assets gained by controlled substance traffickers from the illegal sale of controlled substances and/or the laundering of monetary instruments; (c) interviewing witnesses, cooperating individuals, and informants relative to the illegal trafficking of controlled substances; and (d) functioning as a case agent, which entails the supervision of specific investigations involving the trafficking of narcotics and the laundering of monetary instruments.

## ALLEDGED CRIMINAL ACTIVITY

6. The facts stated below relate to potential violations of 31 USC § 5332(a)(1) (Bulk Cash Smuggling), and 18 U.S.C. § 371 (Conspiracy to commit offense or defraud the United States).

7. On April 14, 2016 Homeland Security Investigations (HSI) Office of the Resident Agent in Charge, Mobile, Alabama (RAC/MO) assisted United States Customs and Border Protection (CBP) with an outbound search of a foreign flagged VESSEL docked at the Alabama State Docks by way of United States Customs Authority (19 USC § 1467 and 1581). The **OSLO BULK 4**, hereinafter **VESSEL**, is flagged out of Singapore and had arrived from Port Everglades, Florida on April 12, 2016. The crew of this VESSEL consisted of 13 Russian nationals.

8. The CBP Officers were charged with mustering the crew and obtaining declarations forms from all of the crew (CBP Declaration form 6059B). The captain or master of the VESSEL, **SHEIKH ULD SIDI**, declared he would be leaving the United States with no currency. When asked by a CBP Officer to clarify that he had no currency, **ULD SIDI** stated that he had approximately $3000 USD. When told by the CBP Officer that his quarters were going to be searched, **ULD SIDI** made a spontaneous statement to the CBP Officer that **ULD SIDI** had to speak with the CBPO because he had done a bad thing. **ULD SIDI** stated that he was in possession of what he believed to be approximately $80,000 in a black plastic bag in his quarters. At that time, HSI was notified of the statement and were requested to respond to the captain's quarters to assist with an interview about the declaration and subsequent spontaneous utterance.

9. **ULD SIDI** stated to Special Agent Chakwin that **ULD SIDI** has been a captain for approximately four years, during which time **ULD SIDI** believes he has filled out approximately 5-10 United States declaration forms. These forms are in the English language, which **ULD SIDI** stated he could understand very well. **ULD SIDI** continued to tell SA Chakwin that someone in Guyana had given him a parcel to bring to the Miami/Port Everglades area for delivery, and to exchange that parcel for a payment of $80,000 USC, $15,000 of which was owed to **ULD SIDI** for delivery of the parcel. At this time SA Chakwin stopped the interview to read **ULD SIDI** his Miranda Rights in the presence of HSI Group Supervisor Blaine Crum, to which **ULD SIDI** stated he understood his rights and the interview continued. **ULD SIDI** restated the information to investigators which was previously offered to them. **ULD SIDI** continued to say that a shipping agent in Guyana had taken him to meet an unknown male,

identified at this time as "Terry", who told **ULD SIDI** to take a parcel to the United States, and exchange it for money. **ULD SIDI** told investigators that he was instructed to hide the parcel to avoid detection and he would meet with another unknown male in Florida when he arrived in Port Everglades.

10.     **ULD SIDI** stated that he walked from his VESSEL to the gate at the front of the port where he met a man and delivered the parcel. In exchange for the parcel **ULD SIDI** received a black plastic bag which **ULD SIDI** confirmed was currency by means of opening the bag and confirming its' contents. **ULD SIDI** then took the currency and placed it into his own luggage in his quarters. **ULD SIDI** said that he was entitled to $40,000 of the money, however he was informed after the exchange and told to only take $15,000 of the money, because "Terry" required a larger amount of it. **ULD SIDI** further stated that he intended to leave the United States with the currency, and deliver the remainder of the cash to "Terry". **ULD SIDI** was asked if he knew what was in the parcel, and **ULD SIDI** said that he did not open it, but it weighed approximately six pounds and he knew it was something that was not legal to bring into the United States. **ULD SIDI** continued to tell investigators that he knew it was wrong to bring the parcel to the United States and to exchange it for cash, but did it anyway. It was discovered that **ULD SIDI** was in possession of $94,991.

11.     In summary **ULD SIDI** caused a parcel, the contents of which he believed to be contraband, to enter the United States contrary to law and without declaration. **ULD SIDI** attempted to elude United States Officials by not making an honest declaration of currency that **ULD SIDI** would be in possession of while departing the United States. The total amount of

United States Currency seized as a result of non-declaration was $94,991 cash. The currency was also wrapped in a black plastic bag and hidden among **ULD SIDI**'s possessions in his private quarters. **ULD SIDI** admitted to investigators that he had committed the overt acts of smuggling a parcel of suspected contraband into the United States in exchange for United States currency which he intended to smuggle out of the United States by means of assistance of partners or individuals, whose identities are known or unknown to investigators at this time, to carry out a scheme meant to defraud the United States.

## CONCLUSION

12. I respectfully submit that the preceding facts outlined in this affidavit establish probable cause to believe that **SHEIKH ULD SIDI** is in violation of 31 U.S.C. § 5332 (a)(1) (Bulk Cash Smuggling) and 18 U.S.C. § 371 (Conspiracy to commit offense or defraud the United States), with the offenses occurring in the Southern District of Alabama.

Matthew J. Chakwin
Special Agent
HSI

THE ABOVE AGENT HAS ATTESTED
TO THIS AFFIDAVIT PURSUANT TO
FED. R. CRIM. P. 4.1(b)(2)(B) THIS _____
DAY OF APRIL 2016

U.S. Magistrate Judge William Cassady

Digitally signed by U.S. Magistrate Judge William Cassady
DN: cn=U.S. Magistrate Judge William Cassady, o=Federal Judiciary, ou=U.S. Government, email=efile_cassady@alsd.uscourts.gov, c=US
Date: 2016.04.15 11:20:55 -06'00'

HONORABLE WILLIAM E. CASSADY
UNITED STATES MAGISTRATE JUDGE